## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

KEY EQUIPMENT FINANCE INC.
v.
JEREMY BRUSKI, individually, and
REGAN BRUSKI, individually

**08CV50005**
**JUDGE KAPALA**
**MAG. JUDGE MAHONEY**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KEY EQUIPMENT FINANCE INC.

| | |
|---|---|
| NAME (Type or print)<br>Maysoun B. Iqal | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Maysun Iqal | |
| FIRM<br>Coston & Rademacher | **FILED** |
| STREET ADDRESS<br>105 W. Adams, Suite 1400 | JAN - 4 2008 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>005855 | TELEPHONE NUMBER<br>(312) 205-1010 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐