AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Key Equipment Finance Inc.

V.

Jeremy Bruski, individually and
Regan Bruski, individually

**08CV50005
JUDGE KAPALA
MAG. JUDGE MAHONEY**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Jeremy Bruski
3805 Standish Rd.
Marengo, IL 60152

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maysoun B. Iqal
Coston & Rademacher
105 W. Adams, Ste. 1400
Chicago, IL 60603
312-205-1010

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN - 4 2008
DATE

# AFFIDAVIT OF SPECIAL PROCESS SERVER

Key Equipment Finance vs. Jeremy Bruski    08CV50085
Plaintiff/Petitioner        Defendant/Respondent     Case No. #

Being duly sworn on my oath, I __Anthony Ortolano__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**SERVICE**
served __Jeremy Bruski__
NAME OF PERSON/ENTITY BEING SERVED

**DOCUMENTS** __Summons & Complaint__

by serving (NAME) __Jeremy Bruski__
at ☐ Home _____
☒ Business __308 N. State St Rm 40 Rockford, IL.__
☒ on (DATE) __2-11-08__ at (TIME) __1:40 p.m.__

Thereafter copies of the documents were mailed by prepaid first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**MANNER OF SERVICE**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely _____
☐ By leaving copies at the usual place of abode of the person being served, with a member of the family of suitable age and explaining the general nature of the papers, namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**NON-SERVICE**
After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s): _____

**SERVICE ATTEMPTS**
Service was attempted on: ( ) _____ ( ) _____
DATE TIME                    DATE TIME
( ) _____ ( ) _____ ( ) _____
DATE TIME     DATE TIME     DATE TIME

**PHYSICAL DESCRIPTION**
☒ Male    RACE __White__   AGE __34__   HEIGHT __5-9__   WEIGHT __180__   HAIR __Black__
☐ Female

State of Illinois   County of Cook

Subscribed and sworn to before me
Notary public, this __12__ day of __Feb__ 20 __08__

_Michelle Yanoff_
NOTARY PUBLIC

"OFFICIAL SEAL"
MICHELLE YANOFF
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/2/2010

SERVED BY _____