UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| KEY EQUIPMENT FINANCE INC. )  )  Plaintiff, )  )  v. )  )  JEREMY BRUSKI, individually )  )  Defendant. ) | CASE NO.   08 CV 50005 |

**AMENDED NOTICE OF MOTION FOR DEFAULT JUDGMENT**

To:   See Attached Service List

PLEASE TAKE NOTICE THAT on the 28th day of March, 2008, at 1:30 p.m., we shall appear before the Judge presiding in Room 206 at the Rockford Courthouse, 211 South Court St., Rockford, Illinois, 61101, and then and there present Plaintiff's Motion for Default Judgment, a copy of which is attached hereto and herewith served upon you.


/s/   Maysoun B. Iqal
Maysoun B. Iqal


Patricia E. Rademacher
Maysoun B. Iqal (005855)
COSTON & RADEMACHER
Attorneys for Plaintiff
105 W. Adams, Suite 1400
Chicago, Illinois  60603
Telephone:  (312) 205-1010

## SERVICE LIST

Jeremy Bruski
3805 Standish Rd.
Marengo, IL 60152

## CERTIFICATE OF MAILING

      I, Maysoun B. Iqal, an attorney, certify that I served a copy of this notice and the above-referenced document on the persons to whom it is directed, at the addresses shown above, by placing same in the U.S. Mail depository at 105 W. Adams St., Suite 1400, Chicago, IL 60603, at or before 5:00 p.m. on this 19th day of March, 2008, with proper postage prepaid.

                                                 /s/    Maysoun B. Iqal
                                                      Maysoun B. Iqal

Patricia E. Rademacher
Maysoun B. Iqal (005855)
COSTON & RADEMACHER
Attorneys for Plaintiff
105 W. Adams, Suite 1400
Chicago, Illinois 60603
Telephone: (312) 205-1010