## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50005 | **DATE** | 4/21/2008 |
| **CASE TITLE** | Key Equipment Finance Co. vs. Bruski, et al. | | |

**DOCKET ENTRY TEXT:**

There being no written objection to the report and recommendation of the Magistrate Judge entered on 3/28/2008, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>Thomas v. Arn</u>, 474 U.S. 140, 149-50 (1985), and the court having reviewed the report and recommendation, the court accepts the report and recommendation, as modified by the Magistrate Judge's 3/31/2008 order, and grants plaintiff's motion for default judgment against defendant Jeremy Bruski in the amount of $37,153.13 as to Count I, $60,897.49 as to Count II, fees in the amount of $2726.00 and costs of $727.45.

*[signature]*

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|