UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| KEY EQUIPMENT FINANCE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 082 CV 50005 |
| | ) |
| JEREMY BRUSKI, individually, et al | ) Honorable Judge Frederick Kapala |
| | ) Magistrate Judge Mahoney |
| Defendants, | ) |
| | ) |
| HOMESTATE BANK, | ) |
| | ) |
| Third-Party Respondent. | ) |

**CERTIFICATE OF SERVICE**

To:  Jeremy Bruski                    Tom Kessler, V.P.
     3805 Standish Road               Homestate Bank
     Marengo, IL  60152               40 N. Grant Street
                                      Crystal Lake, IL  60014

I, Maysoun B. Iqal, certify that I served a copy of this Certificate of Service and attached Citation Notice and Citation to Discover Assets to Third Party, entered of record on May _2_, 2008, to whom it is directed at the addresses shown above, by causing said documents to be placed into properly addressed envelopes and depositing the same in the U.S. Mail depository at 105 W. Adams, Chicago, Illinois 60603, with proper postage prepaid, at or before 5:00 p.m. on May _8_, 2008.

_____
Maysoun B. Iqal

Patricia E. Rademacher
Maysoun B. Iqal
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL 60603
Telephone: (312) 205-1010
W:\6914 Key Equipment Finance Inc\18264 Bruski Excavating Inc\Pleadings\3rd-cda-Homestate.cert.doc

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

### CITATION NOTICE

KEY EQUIPMENT FINANCE INC.
Judgment Creditor

No. 08 CV 50005

v.

Return Date _MAY 13_, 2008

JEREMY BRUSKI, individually, et al
Judgment Debtor

Time _2:00_ a.m / **p.m.**

HOMESTATE BANK
Citation Third Party Respondent

**Judgment Debtor's last known address:**     **Judgment Creditor/Creditor's Attorney:**

Name _Jeremy Bruski - SS#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_
Address _3805 Standish Road_
City _Marengo, IL  60152_
Phone

Name _Coston & Rademacher_
Address _105 W. Adams, Suite 1400_
City _Chicago, IL 60603_
Phone _(312) 205-1010_

Judgment in the amount of $ _101,504.07_

Name of person receiving citation: _Tom Kessler, V.P., Homestate Bank_

NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date shown above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law.
THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor.
(2) Social Security and SSI benefits;
(3) Public assistance benefits;
(4) Unemployment compensation benefits;
(5) Worker's compensation benefits;
(6) Veteran's benefits;
(7) Circuit breaker property tax relief benefits;
(8) The debtor's equity interest not to exceed $750 in value, in any implements professional books, or tools of the trade of the debtor.
(9) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.

(OVER)

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEY EQUIPMENT FINANCE INC.<br>Plaintiff<br>v.<br><br>JEREMY BRUSKI, individually, et al<br>Defendant<br><br>HOMESTATE BANK<br>Citation Third Party Respondent | NO. 08 CV 50005<br><br>Judge Frederick Kapala<br>Magistrate Judge Mahoney |

### CITATION TO DISCOVER ASSETS TO THIRD PARTY

To: Tom Kessler, V.P., Homestate Bank, 124 S. Johnson St., Woodstock, IL 60098

**YOU ARE REQUIRED** to appear and file your answer to this Citation on the form appearing on the reverse side hereof on MAY 13, 2008 prior to 2:00 p.m. at the Law Offices of Coston & Rademacher, Suite 1400, 105 W. Adams, Chicago, Illinois. Judgment was entered March 31, 2008, for KEY EQUIPMENT FINANCE INC. and against JEREMY BRUSKI, individually, in the sum of $ 101,504.07. There is now due less credits and set off the sum of $ 101,504.07.

Your answer will inform the Court as to property you may hold belonging to: Jeremy Bruski – SS# 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

**YOU ARE REQUIRED** to do the following upon receiving this Citation until further Order of Court in accordance with Supreme Court Rule 277(f), or until this Citation is dismissed by the Court or by Stipulation:

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he/she may be entitled or which may be acquired by or become due to him/her, until further order of court or termination of the proceeding. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING: Your failure to comply with the citation proceeding may result in a judgment being entered against you for the unsatisfied amount of this judgment. 735 ILCS 5/2-1402(d)(1)

WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

### CERTIFICATE OF ATTORNEY OR NON-ATTORNEY

Note: This citation must be accompanied at the time of service by either a copy of the underlying judgment or a certification by either the clerk that entered the judgment or the attorney for the judgment creditor setting forth:

1. Judgment in the amount $ 101,504.07
2. Name of the court United States District Court for the Northern District of Illinois, Western Division
3. Case # 08 CV 50005

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the following information is true.

| | |
|---|---|
| Attorney Name | Maysoun B. Iqal |
| | Coston & Rademacher |
| Address | 105 W. Adams, Suite 1400 |
| | Chicago, IL 60603 |
| Telephone | (312) 205-1010 |

_____
Signature of Attorney
(OVER)

Date: _____, 20 ___
Deputy Clerk: _____

CLERK OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

## RIDER TO CITATION TO DISCOVER ASSETS TO THIRD PARTY

Upon receipt of this Citation to Discover Assets to Third Party, please do the following:

1. Immediately freeze all assets in your control belonging to the Judgment Debtors pursuant to the direction of this Citation.

2. Immediately contact Maysoun B. Iqal, attorney for Plaintiff, phone number (312) 205-1010, to acknowledge receipt of the Citation.

3. Produce for examination the following documents (from the years 2005 to present):

All records of savings and checking accounts, Certificates of Deposit, Safe Deposit boxes, Accounts Receivable ledgers, Land Trusts, Inter Vivos Trusts, Loans, Mortgages, Trust Deeds, Annuities, negotiable and non-negotiable instruments in which JEREMY BRUSKI – SS# 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 has an interest.

**Maysoun B. Iqal**

---

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov
**Sent:** Tuesday, April 22, 2008 9:27 AM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 3:08-cv-50005 Key Equipment Finance Inc. v. Bruski et al order on motion for default judgment

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3

**Notice of Electronic Filing**

The following transaction was entered on 4/22/2008 at 9:26 AM CDT and filed on 4/21/2008
**Case Name:**      Key Equipment Finance Inc. v. Bruski et al
**Case Number:**    3:08-cv-50005
**Filer:**
**Document Number:** 15

**Docket Text:**
MINUTE entry before Judge Honorable Frederick J. Kapala: There being no written objection to the report and recommendation of the Magistrate Judge entered on 3/28/2008, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the report and recommendation, the court accepts the report and recommendation, as modified by the Magistrate Judge's 3/31/2008 order, and grants plaintiff's motion for default judgment against defendant Jeremy Bruski[9] in the amount of $37,153.13 as to Count I, $60,897.49 as to Count II, fees in the amount of $2726.00 and costs of $727.45. Docketing mailed notice (pg, )


3:08-cv-50005 Notice has been electronically mailed to:

Maysoun Basem Iqal      miqal@costonlaw.com

3:08-cv-50005 Notice has been delivered by other means to:

4/22/2008

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

MAILED 5/2/08

Sent To: Tom Kessler, VP Homestate Bank
Street, Apt. No.; or PO Box No.: 40 N. Grant ST.
City, State, ZIP+4: Crystal Lake, IL 60014

7004 2510 0001 9805 6910

PS Form 3800, June 2002     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TOM KESSLER, V.P.
   HOMESTATE BANK
   40 N. GRANT STREET
   CRYSTAL LAKE, IL 60014

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature: Almquist]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): C. Almquist
C. Date of Delivery: 5-5-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 9805 6910

PS Form 3811, August 2001     Domestic Return Receipt     2ACPRI-03-Z-0985