IN THE CIRCUIT COURT OF TWENTY-SECOND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

Key Equipment Finance, Inc.
Plaintiff

vs.

Jeremy Bruski
Defendant

Case Number: 08 CV 50005

Hearing Date: May 13, 2008

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

Home State Bank/ N.A. (Citation Respondent), certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held.

A) Savings Account (Amount withheld) $ _____
B) Checking and/or Now Account (Amount withheld) $ 127.16
C) Certificate of Deposit (Amount held) $ _____
D) Money Market Account (Amount held) $ _____
E) Trust Account (Amount held) $ _____
F) Safety Deposit Box $ _____
G) No Accounts _____
H) Adverse Claimant: Name _____ Address _____
I) Wages, Salary or Commissions _____
J) Other Personal Property (Describe) _____

FILED
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Attach a sheet for any additional information required by the Citation

Sub-Total: $127.16

Less right of offset for other loans _____

Less deduction for fees limited by 205 ILCS 5/48.1 and the agreement with the customer  $150.00

Total: -$22.84

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_____
Agent for Citation Respondent

May 8, 2008
Date

Respondent/Agent:
Agent Name: **Michael G. Cortina**
Business: SmithAmundsen
Address: 2460 Lake Shore Drive
City, State, Zip: Woodstock, Illinois 60098
Fax: 815-337-4910

Note: A copy of this Answer should be mailed to the McHenry County Clerk of the Court, 2200 N. Seminary Avenue, Woodstock, Illinois 60098, and the Attorney for Plaintiff or Judgment Creditor, and to the Defendant.

CV-CIT3: Revised 12/01/06