UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| KEY EQUIPMENT FINANCE INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 08-CV-50005 |
| v. ) | |
| ) | |
| JEREMY BRUSKI, individually and ) | |
| REGAN BRUSKI, individually ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ORDER ALLOWING SERVICE BY PUBLICATION

NOW COMES Plaintiff, KEY EQUIPMENT FINANCE INC. ("KEY"), by and through its attorneys COSTON & RADEMACHER, and moves this Court, pursuant to Federal Rule of Civil Procedure 4(e)(1) and Illinois Code of Civil Procedure 735 ILCS 5/2-206, for entry of an Order allowing Service by Publication as to Defendant, REGAN BRUSKI, individually, as follows:

1.

Plaintiff filed a complaint on January 4, 2008, against the above named Defendant Regan Bruski.

2.

To date, Plaintiff has been unable to locate Defendant Regan Bruski for service of process (see attached Affidavit).

WHEREFORE, Plaintiff, KEY EQUIPMENT FINANCE INC., prays for the entry of an Order allowing Plaintiff to serve Defendant, REGAN BRUSKI, individually, by publication and for such further legal and equitable relief as this Honorable Court may deem just and appropriate.

Respectfully submitted,

KEY EQUIPMENT FINANCE INC.

By: /s/ Maysoun B. Iqal
Maysoun B. Iqal

Maysoun B. Iqal (005855)
COSTON & RADEMACHER
Attorneys for Plaintiff
105 W. Adams, Suite 1400
Chicago, Illinois 60603
Telephone: (312) 205-1010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| KEY EQUIPMENT FINANCE INC. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CASE NO.   08-CV-50005 |
| v. | ) |
| | ) |
| JEREMY BRUSKI, individually and | ) |
| REGAN BRUSKI, individually | ) |
| | ) |
|     Defendants. | ) |

### AFFIDAVIT OF MAYSOUN B. IQAL FOR SERVICE BY PUBLICATION

I, Maysoun B. Iqal, an attorney authorized to practice law in the State of Illinois, upon oath, state as follows:

1. This Affidavit is made pursuant to Federal Rule of Civil Procedure 4(e)(1) and Illinois Code of Civil Procedure 735 ILCS 5/2-206, for the purpose of obtaining service on Defendant Regan Bruski.

2. Upon due inquiry, said Defendant cannot be found, so process cannot be served upon her.

3. Upon diligent inquiry, Defendant's place of residence can not be ascertained.

4. Because no party has entered an appearance in this case, service of this affidavit and the motion attached hereto can not be made.

5. **FURTHER AFFIANT SAYETH NOT.**

_____
Maysoun B. Iqal

Subscribed and sworn to before me
this 16th day of June, 2008.

_____
Notary Public

OFFICIAL SEAL
EDWARD P. GOLITKO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-10-2008

Prepared by:

Maysoun B. Iqal
COSTON & RADEMACHER
105 W. Adams, Suite 1400
Chicago, IL  60603
Telephone:  (312) 205-1010