## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEY EQUIPMENT FINANCE INC.** ) | |
|     **Plaintiff,** ) | |
| ) | **CASE NO.    08-CV-50005** |
| **v.** ) | |
| ) | |
| **JEREMY BRUSKI, individually and** ) | |
| **REGAN BRUSKI, individually** ) | |
|     **Defendants.** ) | |

### CERTIFICATE OF MAILING

I, Maysoun B. Iqal, an attorney, certify that I served a copy of this certificate of service and a copy of the published notice of service by publication to:

Regan Bruski
3805 Standish Rd.
Marengo, IL 60152

at the last known address as shown above, by placing same in the U.S. Mail depository at 105 W. Adams St., Suite 1400, Chicago, IL 60603, at or before 5:00 p.m. on this 30th day of June, 2008, with proper postage prepaid.

                                                                 /s/     Maysoun B. Iqal
                                                                            Maysoun B. Iqal

Patricia E. Rademacher
Maysoun B. Iqal (005855)
COSTON & RADEMACHER
Attorneys for Plaintiff
105 W. Adams, Suite 1400
Chicago, Illinois  60603
Telephone:  (312) 205-1010