UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **KEY EQUIPMENT FINANCE INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | CASE NO.   08 CV 50005 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JEREMY BRUSKI, individually and** | ) | |
| **REGAN BRUSKI, individually** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF MOTION FOR DEFAULT JUDGMENT

To:   See Attached Service List

PLEASE TAKE NOTICE THAT on the 13th day of August, 2008, at 1:30 p.m., we shall appear before the Judge presiding in Room 206 at the Rockford Courthouse, 211 South Court St., Rockford, Illinois, 61101, and then and there present Plaintiff's Motion for Default Judgment, a copy of which is attached hereto and herewith served upon you.


/s/   Maysoun B. Iqal
Maysoun B. Iqal

Patricia E. Rademacher
Maysoun B. Iqal (005855)
COSTON & RADEMACHER
Attorneys for Plaintiff
105 W. Adams, Suite 1400
Chicago, Illinois  60603
Telephone:  (312) 205-1010

## SERVICE LIST

Regan Bruski
3805 Standish Rd.
Marengo, IL 60152

## CERTIFICATE OF MAILING

I, Maysoun B. Iqal, an attorney, certify that I served a copy of this notice and the above-referenced document on the persons to whom it is directed, at the addresses shown above, by placing same in the U.S. Mail depository at 105 W. Adams St., Suite 1400, Chicago, IL 60603, at or before 5:00 p.m. on this 5th day of August, 2008, with proper postage prepaid.

/s/     Maysoun B. Iqal
        Maysoun B. Iqal

Patricia E. Rademacher
Maysoun B. Iqal (005855)
COSTON & RADEMACHER
Attorneys for Plaintiff
105 W. Adams, Suite 1400
Chicago, Illinois  60603
Telephone: (312) 205-1010

W:\6914 Key Equipment Finance Inc\18264 Bruski Excavating Inc\Pleadings\MDJ - Regan.doc