## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50005 | **DATE** | 9/5/2008 |
| **CASE TITLE** | Key Equipment Finance Inc. vs. Bruski, et al. | | |

**DOCKET ENTRY TEXT:**

There being no written objection to the report and recommendation of the magistrate judge entered on August 13, 2008, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>Thomas v. Arn</u>, 474 U.S. 140, 149-50 (1985), and the court having reviewed the report and recommendation, the court accepts the report and recommendation and grants Key Equipment Finance Inc.'s motion for default judgment against Regan Bruski in the amount of $98,050.62, and $4,746.00 in fees and $2,551.00 in costs. This case is closed.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|